IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALBERTA NEAL FOR AND ON BEHALF OF
THE ESTATE OF MINNIE WOODS, DECEASED
AND FOR AND ON BEHALF OF THE WRONGFUL
DEATH BENEFICIARIES OF MINNIE WOODS,
DECEASED                                                                      PLAINTIFF

V.                                    CIVIL ACTION NO. 4:16-CV-020-MPM-JMV

CLARKSDALE HMA, LLC d/b/a NORTHWEST
MISSISSIPPI REGIONAL MEDICAL CENTER
d/b/a MERIT HEALTH NORTHWEST MISSISSIPPI,
MS SHELBY, LLC d/b/a SHELBY HEALTH AND
REHABILITATION CENTER and JOHN AND JANE
DOES I-X                                                      DEFENDANTS

## ORDER

THIS CAUSE having come before the Court on Defendants' removal of this matter from the Circuit Court of Coahoma County, Mississippi bearing cause number 14-CI-15-0116, and the Court being fully briefed in the matter, and, having handed down its Report and Recommendations [Dkt. 25], as well as its Order Overruling Objection to Report and Recommendation and Adopting Report and Recommendation [Dkt. 28] finds that this matter should be remanded back to the Circuit Court of Coahoma County, Mississippi.

It is therefore, ORDERED, ADJUDGED and DECREED that pursuant to this Court's ruling on or about July 6, 2016 [Dkt. 28], this matter is hereby remanded back to the Circuit Court of Coahoma County, Cause No. 14-CI-15-0116.

So ORDERED, ADJUDGED and DECREED, this the 9th day of November, 2016.

                                                                            /s/ Michael P. Mills
                                                                     UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

John F. Hawkins, Esquire (MS Bar #9556)
HAWKINS | GIBSON, PLLC
628 North State Street (39202)
Post Office Box 24627
Jackson, Mississippi 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580